FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0167

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0167

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ALAN TODD RUFF,

      Defendant and Appellant.

_____

## GRANT OF EXTENSION

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 14, 2021, within which to prepare, serve, and file its response brief.

**RB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 5 2021